NOT FOR PUBLICATION                                                                                  **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

TONY MICKENS,

      Plaintiff,

      v.

LOWE'S COMPANIES, INC.,

      Defendant.

**Hon. Dennis M. Cavanaugh**

**ORDER**

Civil Action No. 07-CV-6148 (DMC)

     This matter comes before the Court upon motion by Defendant Lowe's Companies, Inc. ("Defendant") for summary judgment as to Plaintiff Tony Micken's ("Plaintiff") claim for failure to accommodate Plaintiff's disability in violation of the New Jersey Law Against Discrimination, N.J.S.A. §§ 10:5-1 et seq (NJLAD); this Court, having reviewed all submissions, and for the reasons stated in its Opinion issued on this day;

     IT IS on this   14th   day of December, 2009;

     **ORDERED** that Defendant's motion for summary judgment is **granted;** and it is further**,**

     **ORDERED** that Plaintiff's Motion to Strike Defendant Lowe's Response to Plaintiff's Counterstatement of Material Facts and Portions of Lowe's Reply Brief is **denied** as moot.

                                         /s/ Dennis M. Cavanaugh
                                         Dennis M. Cavanaugh, U.S.D.J.

Orig.:     Clerk's Office
cc:        All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.
           File